Los Angeles Division Nancy Curry Chapter 13 Standing Trustee

In RE:   ATOYAN, AREVAT

809 E. CYPRESS AVENUE
BURBANK, CA 91501

Dismissed
Plan Filed:        6/25/2008
Attorney:  MELVIN TEITELBAUM

Case Number

0819163        VK

Report Printed    7/29/2008

**Final Report and Account**

SS #:     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
SS #:
Case Concluded:        07/17/2008

Plan Confirmed:

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.  Copies of these detailed records have been filed with the Court, and are incorporated by reference in this report.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of Creditors.                          0.00

| Creditor Name | Clm Num | Class | Claimed | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| MELVIN TEITELBAUM<br>7162 BEVERLY BLVD., #123<br>LOS ANGELES,CA 90036- | 666-0 | Leg | 0.00 | 0.00 | | | Not Filed | |
| NANCY CURRY, TRUSTEE<br>OPERATING ACCOUNT<br>PERCENTAGE FEES | TRS-0 | Tru | 0.00 | 0.00 | | | | $0.00 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Total Paid | $0.00 |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |

Your Petitioner hereby certifies that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

WHEREFORE, your petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

/s/  Nancy Curry

FILED

SEP 03 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                                    Deputy Clerk